IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RICARDO ALVARADO-MANRIQUEZ, <br> Defendant. | Case No. 2:16-cr-209 KJM <br><br> RELEASE ORDER |

On February 21, 2018, this Court granted Defendant's Motion for Reconsideration (CR 43) and further grants Defendant's Motion to Dismiss (CR 10). Therefore, Mr. Alvarado-Manriquez should be ordered released in this case.

Good cause appearing therefor,

IT IS ORDERED that RICARDO ALVARADO-MANRIQUEZ be released from federal custody in the above-captioned case, immediately.

THIS CASE IS NOW CLOSED.

Dated: February 23, 2018.

_____
UNITED STATES DISTRICT JUDGE