PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00209-DAD |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT |
| v. | |
| RICARDO ALVARADO-MANRIQUEZ, | |
| Defendant. | |

Plaintiff United States of America, by and through its undersigned counsel, moves to dismiss without prejudice the indictment in the above-captioned case. *See* Indictment, ECF No. 3; Mins., ECF No. 62 (reinstating indictment consistent with Ninth Circuit order). The United States brings this motion under Rule 48(a) of the Federal Rules of Criminal Procedure.

The indictment charges Alvarado-Manriquez with being a previously deported alien found in the United States, in violation of 8 U.S.C. § 1326. The United States moves to dismiss without prejudice the charge in the indictment in the interests of justice. *See* Fed. R. Crim. P. 48(a).

Dated: April 5, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

MOTION TO DISMISS INDICTMENT            1

PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RICARDO ALVARADO-MANRIQUEZ,<br><br>                Defendant. | CASE NO. 2:16-CR-00209-DAD<br><br>ORDER DISMISSING INDICTMENT AND RECALLING ARREST WARRANT |

**ORDER**

The United States moves to dismiss the indictment against defendant Ricardo Alvarado-Manriquez. The indictment was originally filed on November 2, 2016, and reinstated on July 8, 2019. The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the Court hereby orders that the indictment is dismissed without prejudice.

IT IS SO ORDERED.

Dated: __**April 5, 2024**__

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE